[No. 35178-8-I.   Division One.   January 29, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. R.L.M., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 94-8-03146-7, J. Kathleen Learned, J., entered August 19, 1994. *Dismissed* by unpublished per curiam opinion.

[No. 35183-4-I.   Division One.   January 29, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. CHANEL R. FLEMINGS, ET AL., *Defendants,* ROBERT P. VERRETT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 94-1-02363-9, George T. Mattson, J., entered August 29, 1994. *Affirmed* by unpublished per curiam opinion.

[No. 35508-2-I.   Division One.   January 29, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRYL ANTHONY SHEARS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 94-1-01212-2, Richard M. Ishikawa, J., entered October 1, 1994. *Dismissed* by unpublished per curiam opinion.

[No. 35607-1-I.   Division One.   January 29, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. AHMAD ABDOLVAHABI, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 90-1-02058-1, LeRoy McCullough, J., entered October 21, 1994. *Affirmed* by unpublished opinion per Becker, J., concurred in by Coleman and Grosse, JJ.